463 A.2d 36

Steele, Jr. et al. v. Landsittel v. Marsh Realty, Appellant.

Submitted February 24, 1983.  Carl Richard Schiffman, for appellant;  Stanley Bruce Lederman, for Steele, appellees;  and David Joseph Fasulo, for Landsittel, appellee.

Before SPAETH, BROSKY and MONTEMURO, JJ.

The order of the lower court is affirmed.